UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20312-BLOOM/Elfenbein

JONATHAN FRIED,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN, INC.,
*d/b/a* KAISER PERMANENTE,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal, ECF No. [37] ("Stipulation"), filed on August 12, 2025. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [37]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-20312-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 12, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record